# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVINIA A. GILMORE,              ) | Case No.  EDCV 07-1307 RNB |
| Plaintiff,              ) | |
| v.              ) | **J U D G M E N T** |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,              ) ) ) | |
| Defendant.              ) | |
| _____ ) | |

Pursuant to the Order Reversing Decision of Commissioner and Remanding for the Payment of Benefits filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for the payment of benefits.

DATED: <u>July 1, 2008</u>

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE